IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KATHERINE M. JONES, on behalf of ) <br> DEVERE M. JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) | Case No. 04-0976-CV-W-DW |

# ORDER

In this case, the Court has granted the Plaintiff two extensions of time to file her social security brief. <u>See</u> Docs. 6, 8. The Court's most recent Order required that the Plaintiff file her social security brief on or before April 30, 2005. To date, however, the Plaintiff has yet to do so. Because the Plaintiff has failed to comply with the Orders of this Court, and because of her failure to prosecute this action, it is hereby

ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE. The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: <u>May 16, 2005</u>